**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 2 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-50458 |
| Plaintiff-Appellee, | D.C. No. 3:16-cr-00726-L |
| v. | |
| ALFREDO DE JESUS-PEREZ, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Southern District of California
M. James Lorenz, District Judge, Presiding

Submitted September 26, 2017[**]

Before:    SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

Alfredo De Jesus-Perez appeals from the district court's judgment and

challenges the above-Guidelines sentence of 34 months imposed following his

guilty-plea conviction for being a removed alien found in the United States, in

violation of 8 U.S.C. § 1326.  We have jurisdiction under 28 U.S.C. § 1291, and

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

we affirm.

De Jesus-Perez contends that the above-Guidelines sentence is substantively unreasonable. We review sentencing decisions for abuse of discretion, *see United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc), and will not overturn a district court's sentencing determination absent procedural error or substantive unreasonableness, *see Gall v. United States*, 552 U.S. 38, 56 (2007).

The district court permissibly considered De Jesus-Perez's prior illegal reentry conviction and determined that a greater sentence for the instant offense was necessary to deter De Jesus-Perez from reoffending. *See United States v. Higuera-Llamos*, 574 F.3d 1206, 1211-12 (9th Cir. 2009). The 34-month sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) factors and the totality of the circumstances, including the need to achieve adequate deterrence. *See Gall*, 552 U.S. at 51.

**AFFIRMED.**

16-50458